BRIAN MILLSAP V. SHOW TRUCKS USA, INC.

NO. 07-06-0067-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 13, 2006

______________________________

EUGENE GRIFFIN,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 140th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-404181; HON. JIM BOB DARNELL, PRESIDING

_______________________________

ON MOTION TO DISMISS

__________________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant Eugene Griffin, by and through his attorney, has filed a motion to dismiss this appeal because he no longer desires to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

          Chief Justice

Do not publish.